*Order Filed on 03/15/2010 by Clerk U.S. Bankruptcy Court District of New Jersey*

| | |
|---|---|
| NITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**FEIN, SUCH, KAHN & SHEPARD PC**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Secured Creditor<br>FWM3450 | |
| In Re:<br><br>WALTER E. LITTMAN,<br><br> Debtor. | Case No.: 10-12254 NLW<br><br>Adv. No.:<br><br>Hearing Date: March 15, 2010<br><br>Judge: Hon. Novalyn L. Winfield |

**ORDER VACATING THE AUTOMATIC STAY AS TO REAL PROPERTY**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby ORDERED.

**DATED: 03/15/2010**

_/s/ Novalyn L. Winfield_
Honorable Novalyn L. Winfield
United States Bankruptcy Judge

**(Page 2)**
Debtor: WALTER E. LITTMAN
Case No: 10-12254 NLW
Caption of Order: **ORDER VACATING THE AUTOMATIC STAY AS TO REAL PROPERTY**

_____

Upon the motion of FEIN, SUCH, KAHN & SHEPARD, P.C. attorneys for the Secured Creditors, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown,

ORDERED that the automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more action(s) in the Court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the Movant upon the following:

   **X**    Land and premises commonly known as

1203 RIVER RD, EDGEWATER, NJ 07020.

   _____    Land and premises identified by the lot and block numbers set forth below on the official tax map of the

_____ of _____, County of

_____ and the State of _____.

Block Number(s)                    Lot Numbers (s)

_____                     _____

_____                     _____

*Approved by Judge Novalyn L. Winfield March  15, 2010*

(Page 3)
Debtor: WALTER E. LITTMAN
Case No: 10-12254 NLW
Caption of Order: **ORDER VACATING THE AUTOMATIC STAY AS TO REAL PROPERTY**

_____

    Land and premises located in the _____ of _____, County of _____ and the State of _____ and specifically described on the schedule annexed to this Order.

    FURTHER ORDERED that the Movant may join the Debtor and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

    The Movant shall serve this Order on the Debtor, any trustee and any other party who entered an appearance on the motion.

*Approved by Judge Novalyn L. Winfield March  15, 2010*