**SHAPIRO & CROLAND**
John P. Di Iorio, Esq. (JPD 3866)
Continental Plaza II
411 Hackensack Avenue
Hackensack, NJ 07601
(201) 488-3900
(201) 488-9481 (Fax)
Attorneys for Walter Littman

|  |  |
|---|---|
| In Re: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| WALTER LITTMAN | Case No: 10-12254 |
| Debtor. | Chapter 7 |

## NOTICE OF AMENDMENT TO SCHEDULE B (PERSONAL PROPERTY)

Debtor, Walter Littman, having previously filed Schedule B of his Chapter 7 bankruptcy petition, hereby amends same as follows:

**18.  Other liquidated debts owed to debtor including tax refunds.**

| Description and Location of Property | Current Value |
|---|---|
| Tax Refund | $6,853.00 |

I hereby certify under penalty that the above information is correct.

Dated: April 27, 2010        Debtor's signature: _Walter Littman_

**SHAPIRO & CROLAND**
John P. Di Iorio, Esq. (JPD 3866)
Continental Plaza II
411 Hackensack Avenue
Hackensack, NJ 07601
(201) 488-3900
(201) 488-9481 (Fax)
Attorneys for Walter Littman

|  |  |
|---|---|
| In Re: | : UNITED STATES BANKRUPTCY COURT |
|  | : FOR THE DISTRICT OF NEW JERSEY |
| WALTER LITTMAN | : Case No: 10-12254 |
| Debtor. | : Chapter 7 |

## NOTICE OF AMENDMENT TO SCHEDULE C (PROPERTY CLAIMED AS EXEMPT)

Debtor, Walter Littman, having previously filed Schedule C of his Chapter 7 bankruptcy petition, hereby amends same as follows:

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| Tax Refund | 11 U.S.C. §522(d)(5) | $6,853 | $6,853 |
| Personal Injury Claim | 11 U.S.C. §522(d)(5),(11)(D) | $24,547 | Unknown |

I hereby certify under penalty that the above information is correct.

Dated: April 27, 2010    Debtor's signature: _____
                                            Walter Littman